# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael L. Wardlow,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-596

Richard Neely et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 7, 2012 Order.

                                              Signed: June 7, 2012

                                              *Frank G. Johns*

                                              Frank G. Johns, Clerk
                                              United States District Court